IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BLUE FORCE TECHNOLOGIES INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:21-CV-422 |
| BETA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon review of the evidence and the submission of the parties, Doc. 66, the Court finds and concludes that a bond in the amount of $424,896.32 is sufficient to protect the plaintiff and that the bond should be reduced.

It is **ORDERED** that the Clerk shall release $1,275,103.68 of the posted bond of $1,700,000 to defendant Beta Technologies, Inc.

This the 4th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE