# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:21-cv-422-CCE-JLW**

| | |
|---|---|
| BLUE FORCE TECHNOLOGIES INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| BETA TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant/Counterclaim Plaintiff. | ) |
| | ) |

## DECLARATION OF NICHOLAS WILSON

Nicholas Wilson states the following:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The information set forth in this Declaration is based on my personal knowledge.

2.      I am an employee of BETA Technologies, Inc. ("BETA"). I work as an engineer and have served in that role since joining BETA on January 10, 2022.

3.      I submit this Declaration in connection with BETA's motion for sanctions against Blue Force Technologies Inc. ("Blue Force").

4.      Prior to joining BETA, I provided services to Blue Force relating to Blue Force's work as a contractor on BETA's ALIA Program.

5.      I understand that on May 26, 2021, Blue Force filed suit against BETA and initiated this litigation.

6.	On June 24, 2021, Kyle Clark, the CEO of BETA, sent an email to me and several Blue Force personnel (Scott Bledsoe, Peter Buzzard, Shawn Herrmann) requesting access to certain property that was owned by BETA.  A copy of an email thread beginning with that email is attached as Exhibit 1.

7.	On June 30, 2021, I corresponded and spoke with Mr. Clark regarding his request for access to certain property that was owned by BETA.  A copy of an email from Mr. Clark to me on June 30, 2021, reflecting our conversation, is attached as Exhibit 2.

8.	Not long along after, I informed Scott Bledsoe (president of Blue Force) of my June 30 communications with Mr. Clark.  Upon learning of these communications, Mr. Bledsoe asked me whether anyone at BETA had ever attempted to solicit me to work directly for BETA.  In response, I made it clear to Mr. Bledsoe that no one at BETA had ever made any attempt to solicit me to work directly for BETA.

9.	I understand that on July 27, 2021, Blue Force filed an Amended Complaint (the "Amended Complaint") which included allegations that BETA had solicited me to work directly for BETA and claims based on those allegations.  No one at Blue Force consulted me about the accuracy or truth of these allegations prior to filing the Amended Complaint.  Indeed, the Amended Complaint was filed after I had informed Mr. Bledsoe that no one at BETA had ever made any attempt to solicit me to work directly for BETA.

10.	On July 28, 2021, after I became aware of the contents of Amended Complaint, I spoke by phone with Mr. Bledsoe and asked him to explain the basis for Blue Force's allegations that BETA had solicited me to work directly for BETA, given that I

2

had previously explained to Mr. Bledsoe that this had never occurred. Mr. Bledsoe explained to me that the basis for these allegations was correspondence between counsel for Blue Force and BETA following Mr. Clark's June 24, 2021 email to me. During this call, I explained again to Mr. Bledsoe that no one at BETA had ever solicited me to work directly for BETA and that I did not agree with these allegations. As I had repeatedly told Mr. Bledsoe, these allegations could not be supported and were wrong.

11.     On July 30, 2021, Mr. Bledsoe forwarded me an email thread between counsel for Blue Force and BETA, with the following language from counsel for BETA highlighted: "BETA has no interest involving Mr. Wilson as a party in this matter, and would greatly prefer that he come work for BETA at the appropriate time and under circumstances where BETA is in full compliance with its contractual obligations." Based on my conversation with Mr. Bledsoe, I understand this language to be the only support Blue Force had for its contention that BETA attempted to solicit me to work directly for BETA.

12.     After my conversation with Mr. Bledsoe, I continued to provide professional services to Blue Force.   On September 2, 2021, I signed a Proprietary Information and Invention Agreement ("PIAA") with Blue Force on behalf of Scout Aerospace, LLC ("Scout"), of which I am the President and principal aerospace engineer.  This agreement is attached as Exhibit 3.  Paragraph 19 of the PIAA states that Blue Force will not enforce any third-party solicitation restrictions that may have applied to me or Scout, that Blue Force will not assert any claims to enforce any such third-party restrictions, and that any

DocuSign Envelope ID: 8DC91E73-F187-4DAA-9BBD-8DFF462A52C0

relevant third parties were considered third-party beneficiaries of this paragraph of the PIAA.

13.     On January 10, 2022, after I ceased working with Blue Force, I became an employee of BETA, working as an engineer.  This employment came about not because BETA solicited me, but because I reached out to representatives of BETA to express my interest in joining BETA.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

DocuSign Envelope ID: 8DC91E73-F187-4DAA-9BBD-8DFF462A52C0

I declare under penalty of perjury that the foregoing is true and correct.

8/10/2022

Executed on August _____, 2022

DocuSigned by:

*Nick Wilson*

Nicholas Wilson

5

# EXHIBIT 1

| | |
|---|---|
| **From:** | Scott Bledsoe |
| **Sent:** | Friday, July 30, 2021 3:37 PM |
| **To:** | Nick Wilson |
| **Subject:** | FW: Blue Force/BETA Prop-motor interface and ███REDACTED███ SMITHLAW-RDU.017468.00001] |

Email snippet below discussing you.

---

Scott Bledsoe
O 919.443.1661 / M 919.500.6915

---

**From:** Keith Munson <keith.munson@rimonlaw.com>
**Sent:** Monday, June 28, 2021 11:05 AM
**To:** 'Christopher G. Smith' <csmith@smithlaw.com>
**Cc:** Mark H. Mirkin <mark.mirkin@rimonlaw.com>; Alan Parry <kap@parryfirm.com>; Isaac Linnartz <ilinnartz@smithlaw.com>
**Subject:** RE: Blue Force/BETA Prop-motor interface and ███REDACTED███ [SMITHLAW-RDU.017468.00001]

Chris: I didn't intend for anything in my June 25 email to cause deep concern. ███REDACT███
████████████████████████████████████████████████████████████████
████████████████████████

Also, I did not judge the substantive validity of the request, but merely asked for the time being such requests be made through counsel ███REDACTED███
█████████ My understanding is that whatever "deliverables" (or may be what you're terming "property") were required under the relationship have occurred, and that Kyle was just having trouble locating it amongst his stuff. Has Kyle made an additional search to see if he can locate the requested material and/or narrow the scope of what he believes is lacking so that it can be identified with more particularity?

I appreciate your cross-referencing the provision under the Phase I contract that BETA considers relevant here and we will take a look at that. In order the avoid a potential game of "whack-a-mole", are their other provisions on which BETA is relying?

Regarding Nick Wilson, I think you acknowledged that regardless of his status, he works for Blue Force with regard to these issues. Your suggestion that he somehow has independent duties to BETA only punctuates the appropriateness of my email that these requests be made through counsel. Regarding the "assignment" paragraph, it does not create any obligations on the part of Nick Wilson to BETA; rather, it is merely

an acknowledgment by BFT that BFT will have BFT's service providers assign certain things to BFT. To the extent this is relevant to this issue at hand, this provision actually makes the point that requests should be directed to BFT and not Nick Wilson.

Regards, KEITH

P.S. – ██REDACTED███████████████████████████████████████
████████████████████████████████████████████████████████
██████████.

---

**From:** Christopher G. Smith <csmith@smithlaw.com>
**Sent:** Sunday, June 27, 2021 6:58 PM
**To:** Keith Munson <keith.munson@rimonlaw.com>
**Cc:** Mark H. Mirkin <mark.mirkin@rimonlaw.com>; Alan Parry <kap@parryfirm.com>; Isaac Linnartz <ilinnartz@smithlaw.com>
**Subject:** RE: Blue Force/BETA Prop-motor interface and ██REDACTED██████████ [SMITHLAW-RDU.017468.00001]

Keith: Thank you for your note. BETA is deeply concerned at BFT's response and needs immediate clarification ██REDACTED████████████████████████
███████████████████████████████.

The direct request by Kyle Clark was appropriate and was made because everything he asked for is BETA's property. It is "work for hire" and constitutes "deliverables, data and results" of the project and BETA owns it, full stop. BFT never previously delivered it to BETA and BFT has no right to now keep it from BETA. The relevant contract language is the first two sentences of the first paragraph at p. 14, included here on the chance this has been overlooked by BFT:



. . .

Similarly, we are not aware that any counsel represents Nick Wilson, who BETA understands has possession of this material and *is not* a BFT employee. ==BETA has no interest in involving Mr. Wilson as a party in this matter, and would greatly prefer that he come to work for BETA at the appropriate time and under circumstances where BETA is in full compliance with its contractual obligations.== Given BETA's previous excellent working relationship with Mr. Wilson, we cannot imagine why he would fail to respond at all to Mr. Clark's simple request and fail to provide the information. If BFT instructed or suggested to him in any way that he not comply with Mr. Clark's request, that is improper interference, adding to and creating further risk for BFT, and in doing so, BFT has created risk for Mr. Wilson. BETA has no desire and no intention to

involve Mr. Wilson as a party in this lawsuit and he should know that. If he has personal counsel, we ask that you identify his counsel, and also share this note with them and Mr. Wilson in its entirety so that they understand clearly that any withholding of BETA's property is unlawful. Regardless, we ask that he or his counsel be directed immediately to the language of the agreement that the "deliverables, data and results" in his possession belong to BETA, which the agreement confirms in the same section:



These aspects of the contract are crystal clear. BETA owns the "work for hire" and the "deliverables, data and results." REDACTED

Your prompt response and attention will be greatly appreciated.

Many thanks.

**CHRISTOPHER G. SMITH | PARTNER**
csmith@smithlaw.com | bio
o: 919.821.6745 | m: 919.749.8349
vcard smithlaw.com | map

Sign up to receive legal updates
*Best Places to Work Award Winner! Triangle Business Journal*

**From:** Keith Munson [mailto:keith.munson@rimonlaw.com]
**Sent:** Friday, June 25, 2021 9:50 AM
**To:** Christopher G. Smith <csmith@smithlaw.com>
**Cc:** Mark H. Mirkin <mark.mirkin@rimonlaw.com>
**Subject:** Blue Force/BETA Prop-motor interface and REDACTED

Chris: In case you were unaware, Kyle Clark is reaching out to Blue Force engineers and employees directly for assistance in support of work BETA is doing in association with the ALIA Program. Blue Force requests that any such request go through counsel for the time being.

With regard to the specific information requested in Mr. Clark's email below, I understand that BETA should have the necessary portions of this information. If on a second look, BETA still wants Blue Force's assistance on the prop-motor interface and/or fairing-boom interactions, let me know and maybe we can put together some form of stand-alone agreement related to this particular assistance.

REDACTED

3

# REDACTED

Regards, KEITH

>>>>>>>>>>>>>>>>>>>>>>>>>>>>

**Keith Munson** | Partner

RIMÔN LAW

+1 (864) 249-7111 | keith.munson@rimonlaw.com
112 Cliffwood Court, Greer, SC 29650

www.rimonlaw.com | See Our International Offices | Read Our Insights

Follow us on **Twitter** | Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Kyle Clark <kyle@beta.team>
**Sent:** Thursday, June 24, 2021 12:05 PM
**To:** Nick Wilson <nick.wilson@blueforcetech.com>; Shawn Herrmann <shawn.herrmann@blueforcetech.com>
**Cc:** Scott Bledsoe <scott.bledsoe@blueforcetech.com>; Peter Buzzard <peter.buzzard@blueforcetech.com>
**Subject:** FEM, Materials and CAD data

Good Afternoon Nick and Shawn,

We are working through a few pre-hover analysis and don't have the necessary design data to evaluate the prop-motor interface as well as the fairing-boom interactions and mounting.   I've looked through our communications and I don't see the native CAD or FEM model that gives us the raw data to evaluate.

Can you kindly send the CATIA models, FEM models and material libs that enable us to build analysis from?

I genuinely hope all is well guys and thank you again.

Kind Regards,
-Kyle

**KYLE CLARK**  |  team member
**BETA** TECHNOLOGIES
Phone: (802) 338-1876
1150 Airport Drive
South Burlington, VT 05403

4

**Keith Munson**  | Partner

RIMÔN LAW

+1 (864) 249-7111
+1 (864) 420.3426 (Cell)
220 North Main Street, Suite 500
Greenville, SC 29601
keith.munson@rimonlaw.com

https://rimonlaw.com/team/keith-munson

IMPORTANT: This e-mail message is intended solely for the individual or individuals to whom it is addressed. It may contain confidential attorney-client privileged information and attorney work product. If the reader of this message is not the intended recipient, you are requested not to read, copy or distribute it or any of the information it contains. Please delete it immediately and notify us by return e-mail or by telephone (919) 821-1220.

# EXHIBIT 2

Nick:

Thanks for catching up.

As I mentioned, please send us the data and models in their native format. As discussed, we both know it is clearly BETA's property as "work for hire." per our contract with BFT. BFT would have no reason to complain to you or your company about you giving BETA its property. As I promised on the phone call, if they do, BETA will fully indemnify you and your company and stand behind you including providing you with any necessary legal help.

We are grateful for the excellent work you have done so far in the ALIA program.

Kind Regards,
-Kyle

**KYLE CLARK**  |  team member
**BETA** TECHNOLOGIES
Phone: (802) 338-1876
1150 Airport Drive
South Burlington, VT 05403

"Just Simple Enough to Be Revolutionary"

The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying or storage of this message or its attachments is strictly prohibited. Or, if you are looking for a job and are intrigued by the contents therein, or believe your company would make a great strategic partner, please respond immediately with your future of flight passion story.