IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BLUE FORCE TECHNOLOGIES INC. <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> BETA TECHNOLOGIES, INC. <br><br> Defendant/Counterclaim Plaintiff. | Case No. 1:21-cv-422-WO-JLW |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice of his appearance on behalf of non-parties Nick Wilson and Scout Aerospace, LLC in this matter.

This the 14th day of December, 2022.

/s/ Kearns Davis
Kearns Davis
kdavis@brookspierce.com
N.C. State Bar No. 22014
Brooks, Pierce, McLendon,
 Humphrey & Leonard, LLP
2000 Renaissance Plaza
230 North Elm Street
Greensboro, NC 27401
Tel. (336) 373-8850
Fax (336) 378-1001